# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 899 MAL 2015 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| LORNE BRETT HOPKINS, JR., | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

AND NOW, this 24th day of March, 2016, the Petition for Allowance of Appeal is

GRANTED. The issue, as stated by petitioner, is:

Whether, under Pennsylvania law, a search warrant should be invalidated and the resulting evidence suppressed where an affiant truthfully and accurately recites statements made by a self-incriminating co-defendant in an affidavit of probable cause, but the falsity of the co-defendant's statements could not be discovered prior to the issuance of the search warrant?

Justice Wecht did not participate in the consideration or decision of this matter.